IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE ESTATE OF KATHERINE J. GONZALES,
SCOTT BOX, *individually and as personal
representative*, and RUSSELL BOX,

      Plaintiffs,

vs.                                                CIV 11-0486 KG/GBW

AAA LIFE INSURANCE COMPANY,
*a subsidiary of AAA Auto Club, et al.,*

      Defendants.

## **ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on

**TUESDAY, JULY 1, 2014 AT 10:00 AM**.   Counsel shall call Judge Gonzales' Meet Me line at

505.348.2354 to be connected to the proceedings. This line can only accommodate up to five

telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity,

they must contact the Court immediately so that alternative arrangements may be made.

UNITED STATES DISTRICT JUDGE