IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE ESTATE OF KATHERINE J. GONZALES,
et al.,

      Plaintiffs,

v.                                       No. CV 11-486 KG/GBW

AAA LIFE INSURANCE COMPANY, et al.,
      Defendants.

ORDER

On July 1, 2014, the Court held a status conference in this case. Present at the status conference were Anthony Spratley, counsel for Plaintiff, and Jack M. Englert, Jr.; D. Chet Alderete; P. Scott Eaton; and Christopher D. Woodward, counsel for Defendants. Previously, on June 20, 2013, the Court entered a Scheduling Order on the non-ERISA claims setting a December 2, 2013, deadline for discovery; a December 20, 2013, deadline for motions relating to discovery; and a December 30, 2013, deadline for pretrial motions, other than discovery motions. (Doc. 115). Additionally, the parties were directed to file a consolidated final pretrial order on the non-ERISA claims as follows: Plaintiffs to Defendants on or before February 24, 2014; Defendants to the Court on or before March 3, 2014. *Id.* Subsequently, on August 21, 2013, the Court vacated the pretrial conferences, call of the calendar, trial, and "all corresponding pretrial/trial deadlines set in this case." (Doc. 131). Having considered comments by counsel, and for the reasons articulated by the Court during the status conference, the Court determines the following:

1. the Court will set a hearing on a date to be announced for oral argument on the Combined Motion and Supporting Memorandum for Summary Judgment of Metlife, GE, and the GE Plans (Doc. 143);

2. the following deadlines for non-ERISA claims set by the Court remain in place and will be modified only for good cause and with the Court's consent:[1]

    a. the December 2, 2013, deadline for discovery;

    b. the December 20, 2013, deadline for motions relating to discovery; and

    c. the December 30, 2013, deadline for pretrial motions, other than discovery motions;

3. counsel are directed to submit a consolidated final pretrial order on the non-ERISA claims as follows: Plaintiffs to Defendants on or before December 5, 2014; Defendants to Court on or before December 19, 2014;

4. an initial pretrial conference for the non-ERISA claims is set for February 3, 2015, at 10:00 a.m. in Las Cruces, New Mexico; and

5. the non-ERISA claims are set for call of the calendar on March 4, 2015, at 11:00 a.m. in Las Cruces, New Mexico to set a trial for a March trailing docket.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE

---

[1] *See* Fed. R. Civ. P. 16(b)(4).