IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE ESTATE OF KATHERINE J. GONZALES, SCOTT BOX, individually and as Personal Representative, and RUSSELL BOX, children of Katherine J. Gonzales,

        Plaintiffs,

vs.                              No. 1:11-cv-00486-KG-GBW

AAA LIFE INSURANCE COMPANY, a subsidiary of AAA AUTO CLUB, GENERAL ELECTRIC COMPANY, GENERAL ELECTRIC PENSION TRUST, GENERAL ELECTRIC SAVINGS & SECURITY, METROPOLITAN LIFE INSURANCE COMPANY (Plan Administrator; ERISA), NEW MEXICO DEPARTMENT OF HEALTH, UNIVERSITY OF NEW MEXICO, OFFICE OF MEDICAL INVESTIGATOR, and MICHAEL A. PETERS, ATTORNEY, individually, and PETERS & ASSOCIATES, PA,

        Defendants.

## ORDER GRANTING DEFENDANTS UNIVERSITY OF NEW MEXICO'S AND OFFICE OF THE MEDICAL INVESTIGATOR'S *UNOPPOSED* MOTION FOR LEAVE TO FILE DISPOSITIVE MOTIONS

THIS MATTER came before the Court on Defendants University of New Mexico ("UNM") and Office of Medical Investigator's ("OMI")[1] Unopposed Motion for Leave to File Dispositive Motions [Doc. 155].  The Court, having considered the Motion, having noted that the Motion is unopposed by all other parties, and being otherwise fully advised in the premises, FINDS:

    1.    The Motion demonstrates good cause to grant leave to UNM/OMI to file the dispositive motions identified and described in the Motion.

---

[1] The Office of the Medical Investigator is a special program within the Department of Pathology at the University of New Mexico School of Medicine.  Therefore, the only and proper party defendant in this case is the Board of Regents of the University of New Mexico, hereinafter "UNM/OMI".

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

UNM/OMI are hereby granted leave to file the dispositive motions identified and described in the Motion for Leave within seven (7) days of entry of this Order, and that briefing shall be complete no later than August 31, 2014.

_____
UNITED STATES DISTRICT JUDGE

**Submitted and approved:**

**RILEY, SHANE & KELLER P.A.**

By: */s/ D. Chet Alderete (electronically filed)*
      **COURTENAY L. KELLER**
      **D. CHET ALDERETE**
*Attorneys for UNM/OMI*
3880 Osuna Road NE
Albuquerque, NM 87109
(505) 883-5030

**Approved by:**

   *approved by email on July 15, 2014*
Anthony Spratley
Law Office of Anthony Spratley
1001 Fifth Street NW
Albuquerque, NM 87102
(505) 750-8442
*Attorney for Plaintiffs*

   *approved by email on July 14, 2014*
Chris D. Woodward
Assistant General Counsel
New Mexico Department of Health
P.O. Box 26110
Santa Fe, NM 87502-6110
(505) 827-2703
*Attorney for Defendant New Mexico Department of Health*

   *approved by email on July 14, 2014*
P. Scott Eaton
P.O. Box 25305
Albuquerque, NM 87125-5305
(505) 243-1486
*Attorney for Defendant AAA Life Insurance Company*


   *approved by email on July 11, 2014*
Jack M. Englert, Jr.
Larry Montano
Holland & Hart, LLP
P.O. Box 2208
Santa Fe, NM 87504-2208
(505) 988-4421

*Attorneys for Defendants Metropolitan Life Insurance Company, General Electric Company, General Electric Pension Trust, and General Electric Savings and Security Program*