IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE ESTATE OF KATHERINE J.
GONZALES, SCOTT BOX, individually and
as Personal Representative, and RUSSELL
BOX, children of Katherine J. Gonzales,

    Plaintiffs,

vs.                                               Civ. No. 11-486 KG/GBW

AAA LIFE INSURANCE COMPANY,
a subsidiary of AAA AUTO CLUB,
GENERAL ELECTRIC COMPANY,
GENERAL ELECTRIC PENSION TRUST,
G.E. SAVINGS & SECURITY PROGRAM, and
METROPOLITAN LIFE INSURANCE COMPANY,

    Defendants.

## SUMMARY JUDGMENT ON CLAIMS AGAINST DEFENDANT
## AAA LIFE INSURANCE COMPANY

Having granted Defendant AAA Life Insurance Company's Motion for Summary Judgment (Doc. 129) by entering a Memorandum Opinion and Order contemporaneously with this Summary Judgment on Claims Against Defendant AAA Life Insurance Company,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendant AAA Life Insurance Company, a subsidiary of AAA Auto Club, on all of Plaintiffs' claims against it; and

2. those claims are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE