IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE ESTATE OF KATHERINE J.
GONZALES, SCOTT BOX, individually and
as Personal Representative, and RUSSELL
BOX, children of Katherine J. Gonzales,

    Plaintiffs,

vs.                                                                                    Civ. No. 11-486 KG/GBW

GENERAL ELECTRIC COMPANY,
GENERAL ELECTRIC PENSION TRUST,
GE SAVINGS & SECURITY PROGRAM,
METROPOLITAN LIFE INSURANCE,

    Defendants.

## FINAL JUDGMENT

Having granted the Combined Motion and Supporting Memorandum for Summary Judgment of Metlife, GE, and the GE Plans (Doc. 143) by a Memorandum Opinion and Order entered contemporaneously with this Final Judgment,

IT IS ORDERED that

1. judgment is entered in favor of Defendants General Electric Company, General Electric Pension Trust, GE Savings & Security Program, and Metropolitan Life Insurance on the Employee Retirement Income Security Act (ERISA) claims raised in the Amended Complaint for Negligence, Gross Negligence, Breach of Contract, Bad Faith Insurance Practice, Mandamus, and Punitive Damages (Doc. 212);

2. those ERISA claims are dismissed with prejudice; and

3. this case is now terminated.

                                                                                              _____
                                                                                              UNITED STATES DISTRICT JUDGE