IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE ESTATE OF KATHERINE J.
GONZALES, SCOTT BOX, individually and
as Personal Representative, and RUSSELL
BOX, children of Katherine J. Gonzales,

    Plaintiffs,

vs.

                                              Civ. No. 11-486 KG/GBW

GENERAL ELECTRIC COMPANY,
GENERAL ELECTRIC PENSION TRUST,
G.E. SAVINGS & SECURITY PROGRAM, and
METROPOLITAN LIFE INSURANCE COMPANY,

    Defendants.

ORDER

       This matter comes before the Court upon Plaintiffs' uncontested Motion for Rule 54(b) Certification, filed March 18, 2015.  (Doc. 225).  Plaintiffs move the Court under Fed. R. Civ. P. 54(b) to certify its Summary Judgment on Claims Against Defendant AAA Life Insurance Company (Doc. 216) as a final judgment so that Plaintiffs can pursue their appeal of that summary judgment.[1]  Because the Court has now entered a Final Judgment on the remainder of the claims in this case, the Motion for Rule 54(b) Certification is moot and the entirety of the case may be appealed.  *See* (Doc. 234).

       IT IS ORDERED that the Motion for Rule 54(b) Certification (Doc. 225) is denied as moot.

                                                                            UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs filed a notice of appeal on March 2, 2015.  (Doc. 220).